**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William Glasbrenner                  CHAPTER 13
       Lisa Glasbrenner

               Debtor(s)                BKY. NO. 19-14352 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FLAGSTAR BANK, FSB and index same on the master mailing list.

                                           Respectfully submitted,

                                 /s/ *Rebecca Solarz*
                                 Rebecca Solarz
                                 11 Nov 2020, 14:21:54, EST

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322