UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| WILLIAM GLASBRENNER | : | |
| LISA GLASBRENNER | : | |
| | : | Case No. 19-14352 |

**PRAECIPE TO AMEND BANKRUPTCY PETITION**

To the Clerk of Bankruptcy Court:

Kindly amend the debtors' addresses in the above listed petition to read:

| | |
|---|---|
| **William Glasbrenner** | **Lisa Glasbrenner** |
| **PO Box 266** | **1413 Lee Circle** |
| **Richboro PA  18954** | **Yardley PA  19067** |

/s/ Paul H. Young
Paul H. Young, Esquire
Counsel for Debtor
YOUNG, MARR & ASSOCIATES
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020
(215) 639-5297