# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lisa Glasbrenner<br>            William Glasbrenner<br>                              Debtor(s) | CHAPTER 13 |
| FLAGSTAR BANK, FSB, its successors and/or assigns<br>                              Movant<br>                    vs.<br>Lisa Glasbrenner<br>William Glasbrenner<br>                              Debtor(s) | NO. 19-14352 ELF |
| Kenneth E. West Esq.<br>                              Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of FLAGSTAR BANK, FSB, which was filed with the Court on or about July 25, 2022, document no. 94.

                              Respectfully submitted,


                              /s/ Rebecca A. Solarz, Esq.
                              _____
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              Phone: (215)-627-1322

Dated: 9/8/2022