Certificate Number: 03621-PAE-DE-036981891

Bankruptcy Case Number: 19-14352



03621-PAE-DE-036981891

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 16, 2022, at 1:55 o'clock PM EST, William Glasbrenner completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 16, 2022           By:    /s/Lashonda Collins

                                     Name:  Lashonda Collins

                                     Title: Credit Counselor

Certificate Number: 03621-PAE-DE-036981888

Bankruptcy Case Number: 19-14352



03621-PAE-DE-036981888

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 16, 2022, at 1:05 o'clock PM EST, Lisa M Glasbrenner completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 16, 2022    By:  /s/Lashonda Collins

Name:  Lashonda Collins

Title:  Credit Counselor