United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William Glasbrenner  
Lisa Glasbrenner  
    Debtors

Case No. 19-14352-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 17, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Glasbrenner, PO Box 266, Richboro, PA 18954-0266 |
| jdb | + | Lisa Glasbrenner, 1413 Lee Circle, Yardley, PA 19067-4365 |
| 14354962 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 14381511 | | Flagstar Bank, FSB, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14384978 | | Email/Text: BKPT@cfna.com | Nov 18 2022 00:06:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14356291 | + | Email/Text: bankruptcy@cavps.com | Nov 18 2022 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14354959 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2022 00:06:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14354958 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2022 00:06:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14354961 | + | Email/Text: BKPT@cfna.com | Nov 18 2022 00:06:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 14354960 | + | Email/Text: BKPT@cfna.com | Nov 18 2022 00:06:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14354963 | + | Email/Text: bankruptcynotices@dcicollect.com | Nov 18 2022 00:07:00 | Diversified Consultants, Inc., 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |
| 14388777 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 18 2022 00:07:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Suite 3-142, Troy, MI, 48098 |
| 14560265 | ^ | MEBN | Nov 18 2022 00:02:05 | FLAGSTAR BANK, FSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14389602 | + | Email/Text: bankruptcies@foxcollection.com | Nov 18 2022 00:06:00 | FOX COLLECTION CENTER, C/O MERCER BUCK ORTHOPAEDICS PC, PO BOX 528, GOODLETTSVILLE, TN 37070-0528 |
| 14354964 | + | Email/Text: cashiering-administrationservices@flagstar.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

| | | Nov 18 2022 00:07:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
|---|---|---|---|
| 14354965 | + Email/Text: cashiering-administrationservices@flagstar.com | Nov 18 2022 00:07:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14354966 | + Email/Text: bankruptcies@foxcollection.com | Nov 18 2022 00:06:00 | Fox Collection Center, Attn: Bankruptcy, Po Box 528, Goodlettsvile, TN 37070-0528 |
| 14354967 | + Email/Text: bankruptcies@foxcollection.com | Nov 18 2022 00:06:00 | Fox Collection Center, Pob 528, Goodlettsville, TN 37070-0528 |
| 14354956 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 00:17:11 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14354957 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 00:16:58 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14359356 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:16:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14354969 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:16:59 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14354968 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:16:59 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14354971 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:16:59 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14354970 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:16:58 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14388995 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:17:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14356308 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

**Name**           **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 17, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Flagstar Bank  FSB bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Flagstar Bank  FSB bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor Flagstar Bank  FSB jblank@avallonelaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

PAUL H. YOUNG
    on behalf of Debtor William Glasbrenner support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

PAUL H. YOUNG
    on behalf of Joint Debtor Lisa Glasbrenner support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

THOMAS SONG
    on behalf of Creditor Flagstar Bank  FSB tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William Glasbrenner and Lisa Glasbrenner

       Debtor(s)          Case No: 19−14352−elf

                                                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                900 Market Street
                                     Suite 400
                              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/17/22

 

                                                                                                                                109 − 105
                                                                                                                           Form 138OBJ