U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     WILLIAM GLASBRENNER   :     CHAPTER 13
           LISA GLASBRENNER            :
           Debtor(s)                             :     BANKRUPTY NO. 19-14352

## CERTIFICATION OF NO RESPONSE AND CERTIFICATION
## OF UNCONTESTED SUPPLEMENTAL APPLICATION FOR COUNSEL FEES

I, PAUL H. YOUNG, ESQUIRE, attorney for the Debtor listed above, certify the following:

1. On May 17, 2023 I served a true and correct copy of the Supplemental Application for Compensation for Services Performed After Confirmation of Chapter 13 Plan, along with a Notice of Application on the Debtor, Trustee and all interested parties.

2. I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors
YOUNG, MARR & ASSOCIATES
3554 Hulmeville Rd., Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com