**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     WILLIAM  GLASBRENNER        :        CHAPTER 13
           LISA GLASBRENNER            :
           Debtor(s)                   :        BANKRUPTY NO. 19-14352

**ORDER TO ALLOW SUPPLEMENTAL APPLICATION FOR COMPENSATION**

AND NOW, this  24th  day of  July , 2023, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed after Confirmation of Chapter 13 Plan, and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the amount of $560.00

The amount may be paid to counsel, pursuant to the terms of the confirmed Plan.

Date: 7/24/23

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge