**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| WILLIAM GLASBRENNER | : | Bk. No. 19-14352 ELF |
| LISA GLASBRENNER | : | |
|     Debtors | : | Chapter No. 13 |
| | : | |
| FLAGSTAR BANK, FSB | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| WILLIAM GLASBRENNER | : | |
| LISA GLASBRENNER | : | |
|     Respondents | : | |
| | : | |

### CERTIFICATE OF SERVICE OF NOTICE OF PAYMENT CHANGE SUPPLEMENT

I certify under penalty of perjury that I served or caused to be served the Notice of Payment Change Supplement, which has been filed on the Claims Register in the above-referenced case, on the parties at the addresses shown below or on the attached list on August 27, 2020.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| PAUL H. YOUNG, ESQUIRE<br>3554 HULMEVILLE ROAD, SUITE 102<br>BENSALEM, PA 19020 | WILLIAM GLASBRENNER<br>42 NORTHTURN LANE<br>LEVITTOWN, PA 19054 |
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE)<br>P.O. BOX 1229<br>PHILADELPHIA, PA 19105 | LISA GLASBRENNER<br>42 NORTHTURN LANE<br>LEVITTOWN, PA 19054 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

<u>August 27, 2020</u>

                              <u>/s/ Jerome Blank, Esquire</u>
                              Jerome Blank, Esq., Id. No.49736
                              Phelan Hallinan Diamond & Jones, LLP
                              1617 JFK Boulevard, Suite 1400
                              One Penn Center Plaza
                              Philadelphia, PA 19103
                              Phone Number: 215-563-7000 Ext 31625
                              Fax Number: 215-568-7616
                              Email: jerome.blank@phelanhallinan.com